Submitted October 4, affirmed December 1, 2021, petition for review denied April 21, 2022 (369 Or 676)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

TERRY LEE JAQUAN SPENCER,
*Defendant-Appellant.*

Clackamas County Circuit Court
19CR04921; A173479

500 P3d 768

Katherine E. Weber, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Laura A. Frikert, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Christopher A. Perdue, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Affirmed. *State v. Austin*, 316 Or App 56, 501 P3d 1136 (2021).